[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 1226.]

AKRON BAR ASSOCIATION *v*. HOFFER.

[Cite as *Akron Bar Assn. v. Hoffer*, 2000-Ohio-299.]

(No. 98-2640—Submitted and decided February 17, 2000.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent Paul Hoffer, a.k.a. Paul Richard Hoffer, Attorney Registration No. 0024962, last known business address in Akron, Ohio.

{¶ 2} The court coming now to consider its order of July 7, 1999, wherein pursuant to Gov.Bar R. V(6)(B)(3), the court suspended respondent for one year, with six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by the court that the final six months of respondent's suspension be stayed and that he be placed on probation for six months in accordance with Gov.Bar R. V(9) and consistent with the opinion rendered herein on July 7, 1999.

{¶ 4} It is further ordered that on or before thirty days from the date of this order, relator, Akron Bar Association, file with the Clerk of this court the name of the attorney who will serve as respondent's monitor in accordance with Gov.Bar R. V(9).

{¶ 5} It is further ordered that at the end of respondent's probationary period, the relator file with the Clerk of this court a report indicating whether respondent, during his probationary period, complied with the terms of the probation.

**{¶ 6}** It is further ordered that on or after six months from the date of this order, respondent may apply for termination of probation as provided in Gov.Bar R. V(9). It is further ordered that respondent's probation shall not be terminated and respondent shall not be reinstated to the practice of law until (1) respondent files an application for termination of probation in compliance with Gov.Bar R. V(9)(D); (2) respondent complies with this and all other orders issued by this court; (3) respondent complies with the Rules for the Government of the Bar of Ohio; (4) relator files with the Clerk of this court a report indicating that respondent complied with the terms of the probation; and (5) this court orders that the probation be terminated and respondent reinstated to the practice of law.

**{¶ 7}** IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

**{¶ 8}** For earlier case, see *Akron Bar Assn. v. Hoffer* (1999), 86 Ohio St.3d 97, 712 N.E.2d 116.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____